JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND NEAL,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JBROS INVESTMENTS, LLC D/B/A LOHAS FRESH MARKET; VENTI'S CLOCKTOWER PLAZA, LLC; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 2:19-cv-08118 SVW (AFMx)**<br>Assigned to Stephen V. Wilson<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

　　Based on the stipulation of the parties and for good cause shown:

　　IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

　　SO ORDERED.

DATED: March 6, 2020

_____
STEPHEN V. WILSON
United States District Court Judge